IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ALONZO MARQUISE HEARD,**

    **Plaintiff,**

**v.**                                         **Case No. 1:22-cv-78-AW-HTC**

**C.D. TANNER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Alonzo Marquise Heard, a pro se prisoner, sued prison officials alleging excessive force and other claims. After screening the complaint, the magistrate judge authorized service on four of the five defendants. Those four have appeared, and one of them—Nurse Barbara Mitchell—has a ripe motion to dismiss. ECF No. 29.

The basic claim against Mitchell is that after prison officials used excessive force on Heard, she falsified medical records "to try and cover up what happened" and failed to treat him properly. Mitchell argues (among other things) that Heard never exhausted his claims against her.

Heard never responded to the motion, despite the court's directing him to if he opposed it. The magistrate judge issued a report and recommendation concluding the motion should be granted based on failure to exhaust. ECF No. 31. There has been no objection to the report and recommendation.

Having carefully reviewed the matter, I conclude the report and recommendation should be adopted, and I incorporate it into this order. Based on Heard's failure to dispute Mitchell's contention regarding the grievance process, Heard has not shown exhaustion.

The motion to dismiss (ECF No. 29) is GRANTED, and the claims against Mitchell are dismissed without prejudice for failure to exhaust. The clerk will terminate Mitchell as a defendant.

The magistrate judge will conduct further appropriate proceedings as to the remaining defendants.

SO ORDERED on May 26, 2023.

> s/ *Allen Winsor*
> United States District Judge