IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALONZO MARQUISE HEARD,

    **Plaintiff,**

v.                                                          Case No. 1:22-cv-78-AW-HTC

C.D. TANNER, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Alonzo Marquise Heard, a pro se prisoner, brought this § 1983 excessive-force case against several prison officials. The magistrate judge screened the complaint and allowed service on four defendants. The court then dismissed claims against one of those defendants for failure to exhaust. ECF No. 35. Pending now are two other motions to dismiss for failure to exhaust. ECF Nos. 32, 33.

The magistrate judge issued a report and recommendation concluding that Heard exhausted as to Defendant Tanner but not as to Defendants Bridge or Walker. ECF No. 39. No party objected to the report and recommendation.

I have carefully considered the report and recommendation, and I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order.

Tanner's motion to dismiss (ECF No. 32) is DENIED. Bridge and Walker's motion to dismiss (ECF No. 33) is GRANTED, and claims against Bridge and

1

Walker are dismissed without prejudice for failure to exhaust. The clerk will terminate Bridge and Walker as defendants.

The magistrate judge will conduct further appropriate proceedings as to the remaining defendant.

SO ORDERED on July 31, 2023.

s/ *Allen Winsor*
United States District Judge
